FILED: May 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4392
(3:23-cr-00129-RCY-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

GERALD KEMONDRE TAYLOR,

        Defendant - Appellant.

O R D E R

Upon consideration of the parties' filings in this appeal, the court places this case in abeyance pending a decision by the United States Supreme Court in *Snope v. Brown*, S. Ct. No. 24-203. *See* 4th Cir. R. 12(d).

        For the Court

        /s/ Nwamaka Anowi, Clerk